UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-15-0889 EMC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

( )  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(X)  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER DISMISSING SECOND AMENDED COMPLAINT filed on June 5, 2015.**  The Clerk of the Court is directed to close the file in this case.

Dated:  June 5, 2015

_____
EDWARD M. CHEN
United States District Judge